TYPE OF HEARING:   PH/DH

CASE NUMBER:    1:26-mj-299

MAGISTRATE JUDGE: Lindsey R. Vaala

DATE:  8/3/2026

TIME: 2:00pm

EASTERN DISTRICT OF VIRGINIA          TAPE: FTR RECORDER

UNITED STATES OF AMERICA

           VS.

    Justin Thomas Lee Forman

GOVT. ATTY:    Jacob Mercer

DEFT'S  ATTY:  Brittany Davidson

   DUTY AFPD/CJA:

INTERPRETER                                          LANGUAGE

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (   )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF THE VIOLATION(S) (   )
COURT TO APPOINT COUNSEL (   )   FPD (   ) CJA (   ) Conflict List (   )  Reappointed (   )
   Counsel appointed for the purpose of hearing in the EDVA(   )
   Counsel appointed for the purpose of todays hearing (   )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in
Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (   )

Consent to Trial Before US Magistrate Judge (   )

Govt adduced evidence. Govt called witness Special Agent Macroon. Affidavit entered into evidence as Govt
Exhibit #1 without objection. Deft cross examine witness. Govt redirect. Govt argument as to PC. Deft no
argument as to PC. Court finds PC. Matter continued for further proceedings before the Grand Jury. Govt is
seeking detention pending trial. Govt argument for detention. Deft argues for release with conditions.
Detention pending trial GRANTED.  Deft remanded to the custody of the USMS. Order to follow.

Deft recognized to appear at further court date (   )

NEXT COURT APPEARANCE                                          TIME

In Court Time :    45 minutes